1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
   508 Forbes Avenue, 2nd Floor South
6  Yuba City, California 95991
   Telephone: (530) 751-1695
7  Facsimile:  (530) 751-2384

8  Attorneys for Plaintiff

9  Law Offices of
   **MATHENY SEARS LINKERT & LONG, LLP**
10 MICHAEL A. BISHOP, ESQ. (SBN 105063)
   3638 American River Drive
11 Post Office Box 13711
   Sacramento, CA 95853-4711
12 Telephone: (916) 978-3434
   Facsimile: (916) 978-3430

13

14                         **UNITED STATES DISTRICT COURT**

15                         **EASTERN  DISTRICT OF CALIFORNIA**

16

17 MARILYN SMITH,                    ) **Case No.** 2:06-CV-2742-MCE-GGH
                                     )
18              Plaintiff,           ) **STIPULATION AND ORDER FOR**
                                     ) **DISMISSAL WITH PREJUDICE [FRCP**
19       vs.                         ) **41 (a)(1)]**
                                     )
20                                   )
   SUMMER HOUSE, INC.,               )
21                                   )
                Defendant.           )
22                                   )
                                     )
23 _____   )

24      IT IS HEREBY STIPULATED by and between the parties to this lawsuit that, pursuant to Federal

25 Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in

26 its entirety as to all claims and with respect to all parties.

27 ///

28 ///

   2:06-CV-27423-MCE-GGH
   STIPULATION AND ORDER FOR DISMISSAL WITH  PREJUDICE  [FRCP 41 (a)(1)

| | |
|---|---|
| DATED:   June 22, 2007 | /s/ Elizabeth S. Mancl               .<br>ELIZABETH S. MANCL, ESQ.<br>Attorneys for Plaintiff, MARILYN SMITH |
| DATED:  June 22, 2007 | MATHENY SEARS LINKERT & LONG, LLP<br><br> /s/_____<br>MICHAEL A. BISHOP, ESQ,<br>Attorney for Defendant, SUMMER HOUSE, INC. |

PURSUANT TO STIPULATION,  IT IS SO ORDERED.

Dated:  June 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE